**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HOPEWELL CULTURE & DESIGN LLC,** | |
| **PLAINTIFF,** | **CASE NO. 2:12-CV-693** |
| **V.** | **[CONSOLIDATED WITH 2:12-CV-00690]** |
| **LENOVO (UNITED STATES) INC.,** | **JURY TRIAL DEMANDED** |
| **DEFENDANT.** | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Hopewell Culture & Design LLC and Defendant Lenovo (United States) Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated March 18, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 15, 2013

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:     (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF
HOPEWELL  CULTURE  &  DESIGN,
LLC**

Respectfully submitted, (*with permission*)
*/s/ Marwan Elrakabawy*
**Fred I. Williams**
fwilliams@akingump.com
**Marwan Elrakabawy**
melrakabawy@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 1900
Austin, TX 78701
512.499.6200 Phone
512.499.6290 Fax
**Attorneys for Defendant**
**LENOVO (UNITED STATES) INC.**