IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HOPEWELL CULTURE & DESIGN LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>LENOVO (UNITED STATES) INC.,<br><br>DEFENDANT. | CASE NO. 2:12-CV-693<br><br>[CONSOLIDATED WITH 2:12-CV-00690]<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff, Hopewell Culture & Design LLC and Defendant, Lenovo (United States), Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" dated March 18, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 16th day of May, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE